IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LISA M. MURPHY          :
                        :
   v.                   :   CIVIL ACTION NO. MJG-03-127
                        :
DEBRA P. CARTER         :
                        :

..oOo..

### O R D E R

On January 15, 2003, the plaintiff, a resident of Severna Park, Maryland, filed this 42 U.S.C. § 2000e employment discrimination complaint. (Paper No. 1.) Accompanying the complaint is plaintiff's motion for leave to proceed in forma pauperis and affidavit in support thereof. (Paper No. 2.)

Plaintiff's affidavit discloses that she is currently employed with Cambridge Integrated Services Group, earning a monthly net income of approximately $4,200.00. (Id.) She further affirms that she owns a home with a value of $285,000.00. She states that it is secured by a first mortgage in the amount of $175,00.00. Plaintiff lists $220,000.00 in mutual funds/stocks and $4,000.00 in cash on hand. The plaintiff lists monthly debt payments and major expenditures in the approximate amount of $3,008.00[1] and states that she is single. (Id.)

---

[1] This figure includes $335.00 per month for parochial school tuition for plaintiff's son as well as credit card payments in the amount of $100.00 to Visa (minimum payment required per plaintiff), $500.00 to Macy's and $35.00 to Kohl's.)

Although she lists approximately $3,008.00 in monthly household expenditures and debts, Murphy is employed earning an annual gross income of approximately $80,000.00. She further indicates that she owns a home, mutual funds, and has cash on hand. I therefore find that the plaintiff is not impoverished for purposes of 28 U.S.C. § 1915 pauperis status. Consequently, her motion for leave to proceed in forma pauperis status shall be denied and she shall be required to pay the full civil filing fee of $150.00. Plaintiff shall be granted an additional thirty days from the date of this Order within which to submit the aforementioned filing fee.

Accordingly, IT IS HEREBY ORDERED this 21st day of January, 2003, by the United States District Court for the District of Maryland:

1. That plaintiff's motion for leave to proceed in forma pauperis (Paper No. 2) IS DENIED;

2. That plaintiff IS GRANTED THIRTY DAYS from the date of this Order within which to submit the $150.00 filing fee to the Clerk of the Court. Plaintiff is forewarned that her failure to pay the filing fee within the time prescribed may result in the dismissal of this action without prejudice and without further notice from the Court;

3. That all further action in the instant case IS STAYED pending payment of the filing fee; and

4. That the Clerk of the Court shall MAIL a copy of this Order to the plaintiff.

_____
Marvin J. Garbis
United States District Judge